IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRADLEY HOLBROOK,

          Petitioner,

   v.

OREGON BOARD OF PAROLE AND
POST-PRISON SUPERVISION,

          Respondent.

Case No. 3:12-cv-00391-AC

ORDER

ACOSTA, Magistrate Judge.

    The Court GRANTS Petitioner's Motion for Voluntary Dismissal (ECF No. 72) and DISMISSES this action.

    IT IS SO ORDERED.

    DATED this 20th day of March, 2018.

                                      John V. Acosta
                                      United States Magistrate Judge

1 - ORDER -